AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-02276

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Pro-Football, Inc. a/k/a Washington Commanders Football Team f/k/a Washington Football Team f/k/a Washington Redskins Football Team c/o CSC Lawyers Incorporating Service Company</u> was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>CSC Lawyers Incorporating Service Company</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Pro-Football, Inc. a/k/a Washington Commanders Football Team f/k/a Washington Football Team f/k/a Washington Redskins Football Team</u> on *(date)* <u>Fri, Sep 30 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$105.00</u>.

I declare under penalty of perjury that this information is true.

Date: 10/02/2022

*Server's signature*

Paul Koch

*Printed name and title*

8145-N Baltimore Ave Suite 195, College Park, MD 20740-2431

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 30, 2022, 9:08 am EDT at Company: 7 Saint Paul St Suite 820, Baltimore, MD 21202-1407 received by Pro-Football, Inc. a/k/a Washington Commanders Football Team f/k/a Washington Football Team f/k/a Washington Redskins Football Team c/o CSC Lawyers Incorporating Service Company.